IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TYWANDA MCDONALD,<br>    Plaintiff, | )<br>)<br>) |
| v. | )<br>)<br>) CIVIL ACTION NO. 1:24-00413-KD-N |
| BOARD OF TRUSTEES, UNIV. OF<br>SOUTH ALABAMA,<br>CHARLES SMITH,<br>    Defendants. | )<br>)<br>)<br>)<br>) |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(a)-(b), Federal Rule of Civil Procedure 72 and S.D. Ala. GenLR 72(a) and dated April 23, 2025, (Doc. 10), is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Defendants' motion to dismiss, (Doc. 3), is **GRANTED in part** and **DENIED in part** as follows:

- **GRANTED** as to Count One against USA Board of Trustees under Fed. R. Civ. P. 12(b)(1).

- **GRANTED** as to Count Two against Charles Smith for claims under Title VII pursuant to Fed. R. Civ. P. 12(b)(6).

- Otherwise **DENIED**.

**DONE** and **ORDERED** this the **19th** day of **May 2025**.

                                                     */s/ Kristi K. DuBose*
                                                     **Kristi K. DuBose**
                                                     **UNITED STATES DISTRICT JUDGE**