IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TYWANDA MCDONALD, | ) |
| | ) |
| v. | ) Civ. Action No. 1:24-00413-KD-N |
| | ) |
| CHARLES SMITH | ) |

**ORDER SETTING TELEPHONIC CONFERENCE**

The parties have filed a report pursuant to Federal Rule of Civil Procedure 26(f) (Doc.14). Though the parties do not request a conference with the Court before entry of a Federal Rule of Civil Procedure 16(b) scheduling order, it is the undersigned's belief that bringing the parties and the Court together at this stage promotes efficiency in the litigation process, helps avoid discovery disputes, provides a clearer path to pretrial resolution and allows counsel to pose questions to the Court. *See* Fed. R. Civ. P. 16(b)(1) (providing that the district court must issue a scheduling order "after receiving the parties' report under Rule 26(f); **or** []after consulting with the parties' attorneys and any unrepresented parties at a scheduling conference" (emphasis added)); S.D. Ala. CivLR 16(a)(1) (permitting judges of this district to "require the parties to appear [at preliminary pretrial conferences] to consider the future conduct of the case").

Accordingly, this civil action shall come before the undersigned Magistrate Judge for a telephonic scheduling conference under Federal Rule of Civil Procedure 16(b) and S.D. Ala. Civil Local Rule 16(a) on **MONDAY, JULY 14, 2025**, beginning

at **10:00 A.M. (Central)**. To access the telephonic conference, the parties are to use the following numbers:

| | |
|---|---|
| **TELECONFERENCE BRIDGE NUMBER** | 571-353-2301 |
| **GUEST ID** | 002111802# |

At least one attorney of record for each counseled party must participate in the scheduling conference. *Pro se* parties, if any, must participate personally.

**DONE** and **ORDERED** this the 7th Day of July 2025.

*/s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**